

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TRANSPORTADORA ATON, S.A. de C.V, | § | No. 08-23-00052-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| DIAMOND MARQUEZ and DAVID HERNANDEZ, | § | of El Paso County, Texas |
| | § | (TC# 2022DCV0750) |
| Appellees. | § | |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.